

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-20-00002-CV |
| IN THE MATTER OF THE ESTATE | § | Appeal from the |
| OF | § | County Court at Law No. 2 |
| REVY L. WHARTON. | § | of Midland County, Texas |
| | § | (TC# P18584) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment.   We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion.   We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue.   This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF AUGUST, 2020.

MICHAEL MASSENGALE, Visiting Justice

Before Rodriguez, J., Palafox, J., and Massengale, J. (Visiting Justice)
Massengale, J. (Visiting Justice), sitting by assignment